IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

    Plaintiffs,

v.                                                               CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **May 5, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE