**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONALD GUARRIELLO, et al.,

       Plaintiffs,

v.                                            CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

       Defendants.

<u>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**</u>

**THIS MATTER** is before the Court on *Defendants' Motion to Quash Plaintiffs' Subpoena to Produce Documents* (the "Motion"), (Doc. 23), filed March 31, 2020. In the Motion, Defendants seek to quash Plaintiffs' subpoena, which requests production of documents by April 3, 2020.

**IT IS HEREBY ORDERED** that Plaintiffs shall file a Response to Defendants' Motion no later than **April 7, 2020**. Defendants may file a Reply in support of their Motion no later than **April 10, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE