# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

      Plaintiffs,

v.                                          CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on *Defendants' Motion to Quash Plaintiffs' Subpoena to Produce Documents* (the "Motion"), (Doc. 23), filed March 31, 2020; *Plaintiffs' Response in Opposition to Defendants' Motion to Quash Plaintiffs' Subpoena to Produce Documents* (the "Response"), (Doc. 26), filed April 7, 2020; and *Defendants' Reply in Support of Motion to Quash Plaintiffs' Subpoena to Produce Documents* (the "Reply"), (Doc. 27), filed April 10, 2020.

**IT IS HEREBY ORDERED** that a Motion Hearing will be held by telephone on **Tuesday, April 21, 2020, at 3:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

                                      THE HONORABLE CARMEN E. GARZA
                                      CHIEF UNITED STATES MAGISTRATE JUDGE