IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

    Plaintiffs,

v.                                                                         CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the status conference scheduled for **May 5, 2020, at 1:30 p.m.** is **VACATED**. The Court will reset the status conference at a later date. The parties are encouraged to contact chambers or file a Status Report if the need for a status conference arises, or if the parties are in a position to fruitfully participate in a settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE