IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

        Plaintiffs,

v.                                                      CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

        Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO QUASH PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS

**THIS MATTER** is before the Court on Defendants' *Motion to Quash Plaintiffs' Subpoena to Produce Documents* (the "Motion"), (Doc. 23), filed March 31, 2020; and the Court's hearing held on April 21, 2020. The Court, having considered the pleadings and the arguments of the parties, finds the Motion is well-taken and shall be **GRANTED**.

However, Defendants are ordered to produce to Plaintiffs the franchise agreements for any Defendant related to restaurants in New Mexico no later than **May 6, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE