IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

      Plaintiffs,

v.                                                          CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Pending Deadlines Pending the Court's Order Resolving Doc. 36, Doc. 39, and Doc. 44* (the "Motion"), filed July 27, 2020. In the Motion, the parties request the Court stay upcoming discovery and pretrial deadlines pending the Court's ruling on Defendants' Motions to Dismiss, (Doc. 36), (Doc. 39), and Plaintiffs' Motion for Conditional Certification, (Doc. 44). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery, motions relating to discovery, pretrial motions, the motion for class certification, and all accompanying deadlines, are hereby **STAYED** pending the Court's resolution of Defendants' Motions to Dismiss, (Doc. 36), (Doc. 39), and Plaintiffs' Motion for Conditional Certification, (Doc. 44).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE