IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

    Plaintiffs,

v.                                                                                 CV No. 19-1184 WJ/CG

YASHNA ASNANI, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the *Order Granting Unopposed Motion to Stay Proceedings*, (Doc. 47), filed July 28, 2020. **IT IS HEREBY ORDERED** that the status conference scheduled for **August 12, 2020, at 2:30 p.m.** is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE