**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONALD GUARRIELLO, et al.,

      Plaintiffs,

v.                                                          No. CV 19-1184 WJ/CG

YASHNA ASNANI, et al.,

      Defendants.

**ORDER RESETTING SECOND INITIAL SCHEDULING CONFERENCE
AND SETTING HEARING ON MOTIONS**

    **THIS MATTER** is before the Court on Defendants' counsel's *Motion to Withdraw as Counsel*, (Doc. 72), filed February 12, 2021, and Plaintiff's *Motion to Show Cause*, (Doc. 74), filed February 26, 2021. On March 2, 2021, United States District Judge Williams P. Johnson referred Plaintiff's *Motion to Show Cause*, (Doc. 74), to the undersigned to perform legal analysis and recommend an ultimate disposition, pursuant to 28 U.S.C. § 636(b). (Doc. 76).

    **IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Monday, April 5, 2021, at 2:00 p.m.**

    **IT IS FURTHER ORDERED** that the Rule 16 initial scheduling conference previously scheduled for Tuesday, April 6, 2021, at 1:30 p.m., (Doc. 69), is reset and will be conducted by telephone on **Monday, April 5, 2021, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                        _____
                        THE HONORABLE CARMEN E. GARZA
                        CHIEF UNITED STATES MAGISTRATE JUDGE