**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONALD GUARRIELLO, et al.,

        Plaintiffs,

v.     No. CV 19-1184 WJ/CG

YASHNA ASNANI, et al.,

        Defendants.

### ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Defendants' counsel's *Motion to Withdraw as Counsel*, (Doc. 72), filed February 12, 2021. The Court hereby finds:

    1.    A situation has arisen such that Sutin, Thayer & Browne A Professional Corporation's continued representation of Defendants under the circumstances has been rendered impossible, and good cause for withdrawal exists.

    2.    Defendants' last known address, email and telephone numbers are as follows:

> 22320 Foothill Blvd.
> Suite 300
> Hayward, CA 94541
> (510) 538 - 0900
> yashna@bluesapphireinc.com

    3.    Pursuant to local rules D.N.M.LR-Civ. 83.7 and 83.8(c), Sutin Thayer & Browne A Professional Corporation gave notice that Defendants Classic Cafe Cuisine, LLC; Barreras Enterprises, Inc.; and New Mexico's Best Diner, LLC must be represented by an attorney authorized to practice before this Court and must appear through an attorney only.

**IT IS THEREFORE ORDERED** that Sutin, Thayer & Browne A Professional Corporation is hereby withdrawn as counsel for Defendants.

**IT IS FURTHER ORDERED** that Defendants Classic Cafe Cuisine, LLC; Barreras Enterprises, Inc.; and New Mexico's Best Diner, LLC must be represented by an attorney authorized to practice before this Court and must appear through an attorney only.

**IT IS FURTHER ORDERED** that Defendants shall have 30 days from the date of this order to obtain new counsel.

**IT IS FURTHER ORDERED** that pursuant to D.N.M.LR-Civ. 83.8(c), absent entry of appearance by a new attorney for Defendants Classic Cafe Cuisine, LLC; Barreras Enterprises, Inc.; and New Mexico's Best Diner, LLC, any filings made by those Defendants on their own behalf, and not through their new attorney, may be stricken and default judgment or other sanctions imposed on them.

**IT IS FURTHER ORDERED** that Defendant Yashna Asnani may appear *pro se* in this matter.

**IT IS FINALLY ORDERED** that all correspondence and communication relevant to this matter shall be made directly to Defendants at the address and telephone number referenced above, until such time as Defendants retain a new attorney.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE