IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

      Plaintiffs,

v.                                                                                                        No. CV 19-1184 WJ/CG

YASHNA ASNANI, et al.,

      Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), filed April 9, 2021 (**Doc. 85**). In the PFRD, the Chief Magistrate Judge recommended that Plaintiffs' *Motion to Show Cause* (Doc. 74) be granted in part. Doc. 85 at 6. The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. No objections have been filed and the deadline of April 23, 2021, has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion to Show Cause* (Doc. 74) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Defendants shall produce to Plaintiffs a computer-readable data file containing the names, addresses, email addresses, telephone numbers, and dates of employment for all individuals who worked as a server at any of Defendants' New Mexico Denny's restaurants at any point between December 18, 2016 and the present, by no later than **May 24, 2021**.

**IT IS FINALLY ORDERED** that the Court shall hold in abeyance Plaintiffs' request that Defendants be held in contempt of the February 5, 2021 Order and Plaintiffs' request for attorney

1

fees, pending compliance with the above; and Plaintiffs' request for equitable tolling of the FLSA statute of limitations period for any opt-in plaintiffs.

**IT IS SO ORDERED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

#