IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO, et al.,

    Plaintiffs,

v.                                                    No. CV 19-1184 WJ/CG

YASHNA ASNANI, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. On April 9, 2021, the Court, in its *Order Granting Motion to Withdraw* (the "Order"), (Doc. 84), allowed Defendants' counsel to withdraw from the case for good cause. (Doc. 84 at 2). The Court further ordered that Defendants Classic Café Cuisine, LLC; Barreras Enterprises, Inc.; and New Mexico's Best Diner, LLC, would have until May 10, 2021 to retain counsel pursuant to D.N.M.LR-Civ. 83.8(c). *Id.* at 2. Since then, no attorney has entered a notice of appearance on behalf of Defendants.

**IT IS THEREFORE ORDERED** that Defendants must show cause as to why they failed to comply with the Court's previous Order at a **Telephonic Show Cause Hearing** on **Thursday, July 22, 2021, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE