## FOR THE DISTRICT OF NEW MEXICO

Donald Guarriello, et al.,

        Plaintiffs,

vs.                                       CIVIL NO. 1:19-cv-01184-SCY-CG

Yashna Asnani, et al.,

        Defendants.

## **JOINT STIPULATION FOR DISMISSAL**

Now come the parties, jointly, and pursuant to Fed. R. Civ. P. 41(a) and hereby stipulate to a dismissal of this matter.

Respectfully submitted,

/s/ James L. Simon
James L. Simon
LAW OFFICES OF SIMON & SIMON
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131

*On behalf of Plaintiffs*

/s/ Yashna Asnani
Yashna Asnani
CLASSIC CAFÉ CUISNE, LLC
NEW MEXICO'S BEST DINER, LLC
22320 Foothill Blvd., Suite 300
Hayward, CA 94541

*On behalf of Defendants*

1