IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD GUARRIELLO and
VALERIE HOLLOWAY
on behalf of themselves and all other persons
similarly situated, known and unknown,

        Plaintiffs,

v.                                    No. 1:19-cv-01184-WJ-CG

YASHNA ASNANI; CLASSIC CAFÉ
CUISINE, LLC, a New Mexico
Limited Liability Company;
BARRERAS ENTERPRISES, Inc.,
a New Mexico Corporation;
NEW MEXICO'S BEST DINER, LLC,
a New Mexico Limited Liability Company,

        Defendants.

## RULE 58 JUDGMENT

THIS MATTER comes before the Court upon the Parties' Joint Stipulation for Dismissal, filed July 9, 2021 (**Doc. 88**). Parties jointly stipulate to dismissal of this matter, pursuant to Fed. R. Civ. P. 41(a). Such a dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby terminated by the Parties' stipulated dismissal, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

                                                                _____
                                                                WILLIAM P. JOHNSON
                                                                CHIEF UNITED STATES DISTRICT JUDGE